# UNITED STATES DISTRICT COURT

SOUTHERN District of ILLINOIS


FILED
DEC 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

CHARLES NICHOLAS WENZEL

Case No. 03-40037-GPM

USM No. 05866-025

Stephen C. Williams, AFPD
Defendant's Attorney

**THE DEFENDANT:**

X admitted guilt to violation of condition(s) _Statutory, Standard, Special_ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | Committed another crime | 11/17/08 |
| Statutory | Illegally possessed a controlled substance | 11/21/08 |
| Standard #1 | Left judicial district without permission of court or probation officer | 10/31/08 |
| Standard #3 | Failed to provide truthful information to probation concerning drug use | 10/31/08 |
| Standard #5 | Failed to maintain regular employment | 12/15/08 |
| Standard #9 | Associated with convicted felon | 10/30/08 |
| Standard #11 | Failed to notify probation officer of questioning by law enforcement | 11/14/08 |
| Special | Failed to participate in a program for substance abuse | 11/25/2008 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 0507

Defendant's Year of Birth: 1969

City and State of Defendant's Residence:
Harrisburg, IL

December 15, 2008
Date of Imposition of Judgment

Signature of Judge

Hon. G. Patrick Murphy, U.S. District Judge
Name and Title of Judge

12/22/08
Date

| | | Judgment — Page 2 of 2 |
|---|---|---|
| DEFENDANT: | Charles Nicholas Wenzel | |
| CASE NUMBER: | 03-40037-GPM | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :    **24 MONTHS**

**All criminal monetary penalties, restitution, and forfeitures previously imposed shall continue to remain in full force and effect.**

☐  The court makes the following recommendations to the Bureau of Prisons:


✓  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

    Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL